**No. 64442.**—Fox Custom House Brokers, Inc. *v.* United States, protest 59/6596 (Cleveland).

Opinion by Lawrence, J. At the trial, counsel for the Government stated that the collector's classification was in error and that the merchandise is properly dutiable, as claimed. On the record presented, the claim of the plaintiff was sustained.